E-FILED
Friday, 09 November, 2007 11:44:40 AM
Clerk, U.S. District Court, ILCD

CDIL PROB 22
(Rev. 4/97)

# TRANSFER OF JURISDICTION

FILED NOV -9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DOCKET NUMBER (Tran. Court)
0753/1 98-10078-001

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Peoria |
|---|---|---|

ROBERT RANKIN
309 S. EVERETT
STREATOR, IL 61364

DOCKETED NOV 5 2007

NAME OF SENTENCING JUDGE
HONORABLE JOE BILLY McDADE

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/03/07 | TO 09/02/10 |
|---|---|---|

OFFENSE

Conspiracy to Distribute Marijuana and Cocaine 21:846

JUDGE DER-YEGHIAYAN
07CR 718
MAGISTRATE JUDGE NOLAN

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District Illinois/Lisle upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/24/2007
Date

s/ Joe B. McDade

HONORABLE JOE BILLY McDADE
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/LISLE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 2 4 2007
Effective Date

s/Judge Holderman

United States District Judge

:kjb

FILED
OCT 3 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT